Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BISHOP, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>BALLARD POWER SYSTEMS INC., RANDY MACEWEN, and ANTHONY ROBERT GUGLIELMIN,<br><br>       Defendants. | Case No:<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Ryan Bishop ("Plaintiff"), individually and on behalf of all other persons similarly situated, by Plaintiff's undersigned attorneys, for Plaintiff's complaint against Defendants (defined below), alleges the following based upon personal knowledge as to Plaintiff and Plaintiff's own acts, and information and belief as to all other matters, based upon, inter alia, the investigation conducted by and through Plaintiff's attorneys, which included, among other things, a review of the defendants' public documents, conference calls and announcements made by defendants, United States Securities and Exchange Commission ("SEC") filings,

wire and press releases published by and regarding Ballard Power Systems Inc. ("Ballard" or the "Company"), analysts' reports and advisories about the Company, and information readily obtainable on the Internet. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1.     This is a federal securities class action on behalf of a class consisting of all persons and entities other than Defendants who purchased or otherwise acquired the publicly traded securities of Ballard between September 30, 2016 and January 25, 2018, both dates inclusive (the "Class Period"). Plaintiff seeks to recover compensable damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder.

## JURISDICTION AND VENUE

2.     The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and §78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

3.     This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §1331 and §27 of the Exchange Act.

4.     Venue is proper in this Judicial District pursuant to §27 of the Exchange Act (15 U.S.C. §78aa) and 28 U.S.C. §1391(b) as Defendants conduct business in this Judicial District.

5.     In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

Class Action Complaint for Violation of the Federal Securities Laws

**PARTIES**

6.     Plaintiff, as set forth in the accompanying Certification, purchased Ballard securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosure.

7.     Defendant Ballard engages in the design, development, manufacture, sale, and service of proton exchange membrane (PEM) fuel cells worldwide. The Company is incorporated in Canada and its principal executive offices are located in Vancouver, Canada. Ballard's common shares are traded on the NASDAQ Global Market ("NASDAQ") under the ticker symbol "BLDP."

8.     Defendant Randy MacEwen ("MacEwen") has been the Chief Executive Officer and President of Ballard since October 6, 2014.

9.     Defendant Anthony Robert Guglielmin ("Guglielmin") has been the Chief Financial Officer and Vice President of Ballard since June 14, 2010 and June 2010 respectively.

10.     Defendants MacEwen and Guglielmin are sometimes referred to herein as the "Individual Defendants."

11.     Each of the Individual Defendants:

(a)     directly participated in the management of the Company;

(b)     was directly involved in the day-to-day operations of the Company at the highest levels;

(c)     was privy to confidential proprietary information concerning the Company and its business and operations;

(d)     was directly or indirectly involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein;

(e)     was directly or indirectly involved in the oversight or implementation of the Company's internal controls;

Class Action Complaint for Violation of the Federal Securities Laws

(f)    was aware of or recklessly disregarded the fact that the false and misleading statements were being issued concerning the Company; and/or

(g)    approved or ratified these statements in violation of the federal securities laws.

12.    The Company is liable for the acts of the Individual Defendants and its employees under the doctrine of *respondeat superior* and common law principles of agency because all of the wrongful acts complained of herein were carried out within the scope of their employment.

13.    The scienter of the Individual Defendants and other employees and agents of the Company is similarly imputed to the Company under *respondeat superior* and agency principles.

14.    The Company and the Individual Defendants are referred to herein, collectively, as the "Defendants."

## SUBSTANTIVE ALLEGATIONS

### Materially False and Misleading Statements

15.    On September 30, 2016, Ballard issued a press release titled, "First Ballard-Powered Buses Hitting the Road in China's Largest Fuel Cell Bus Deployment," announcing the commissioning and deployment of an initial 12 fuel cell-powered buses in the District of Sanshui, in the City of Foshan, stating in pertinent part:

**First Ballard-Powered Buses Hitting the Road in China's Largest Fuel Cell Bus Deployment**

NEWS PROVIDED BY
**Ballard Power Systems Inc.**
Sep 30, 2016, 01:11 ET

VANCOUVER, British Columbia and FOSHAN, China, Sept. 30, 2016 /PRNewswire/ -- Ballard Power Systems (NASDAQ:BLDP;

- 4 -

Class Action Complaint for Violation of the Federal Securities Laws

TSX: BLD) today announced the commissioning and deployment of an initial 12 fuel cell-powered buses in the District of Sanshui, in the City of Foshan, in the Province of Guangdong, China. The buses will be operated by Foshan Sanshui Guohong Public Transit Co. Ltd., on demonstration route #682 from Gaofeng Park Station to Shuidu Industrial Park Station.

The buses are 11 meters in length and feature advanced safety systems, 80 person capacity, anticipated driving range in excess of 300 kilometers, expected hydrogen gas consumption of less than 6.5 kilograms per 100 kilometers, zero tailpipe emissions and remote monitoring. Unlike many battery electric bus routes, the transit route in Foshan will not require any catenary wires or on-route recharging.

Randy MacEwen, Ballard's President & CEO said, "In September 2015 we announced the planned deployment of 300 fuel cell-powered buses in Foshan/Yunfu. Our program consortium has made considerable progress over the past year, including localization of Ballard-designed fuel cell engines, establishment of a fuel cell bus manufacturing facility, local procurement activities, development of systems integration capabilities, national permitting of a fuel cell bus platform, preparations for hydrogen refueling infrastructure and development of our China service team."

Mr. MacEwen continued, "Now the first installment of zero-emission fuel cell buses is hitting the roads in Foshan, with the commissioning of an initial 12 buses in passenger service. This marks the largest deployment of fuel cell buses in China's history. The Foshan and Yunfu governments are demonstrating strong vision and leadership by solving a growing need for mass urban transit while responsibly addressing local air quality and stimulating local economic development."

Ballard's program partners include:

- Guangdong Nation Synergy Hydrogen Power Technology Co. Ltd. ("Synergy"), providing 85 kilowatt fuel cell engines designed by Ballard;

Class Action Complaint for Violation of the Federal Securities Laws

- Foshan Feichi Bus ("Feichi"), manufacturer of the buses;

- Shanghai Reinventing Fire Technology Company Limited ("Re-Fire"), a leading Chinese fuel cell vehicle systems integrator that has integrated the fuel cell engines into the Feichi buses; *and*

- Zhangjiagang Furui Special Equipment Co., Ltd. ("Furuise"), a Chinese leader in liquefying, storage, transit and application of liquefied natural gas, including LNG and CNG vehicle gas filling stations and is expected to be the provider of hydrogen refueling infrastructure.

Mr. Xu Guo, Vice Mayor of the City of Foshan/Yunfu said, "We are moving the Cities of Foshan and Yunfu into the future by adopting zero-emission fuel cell buses that have long range, fast refueling and outstanding passenger comfort. We expect additional routes to be commissioned in the coming months."

Mr. Frank Ma, Chairman of Synergy stated, "In the past year we have localized Ballard-designed fuel cell modules in Foshan/Yunfu to meet the fast growing demand for clean energy buses in China. Our program for 300 fuel cell buses will now enter the next phase of rapid scaling."

Mr. Jiang Yong, General Manager of Feichi added, "We are thrilled with the progress made with Feichi fuel cell buses. Our 11 meter fuel cell bus platform has been permitted. Our new fuel cell bus manufacturing facility in Yunfu has been completed. And, we are first-to-market in China with a leading fuel cell bus offering."

16.    On March 3, 2017, the Company filed a Form 40-F for the fiscal year ended December 31, 2016 (the "2016 40-F") with the SEC, which provided the Company's year-end financial results and position. The 2016 40-F stated that Management's Annual Report On Internal Control Over Financial Reporting "is included in Management's Discussion and Analysis, which is incorporated herein by reference to Exhibit 99.2." Exhibit 99.2 stated that the Company's internal control

Class Action Complaint for Violation of the Federal Securities Laws

over financial reporting and disclosure controls and procedures were effective as of December 31, 2016. The 2016 40-F was signed by Defendant Guglielmin. The 2016 40-F contained signed certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") by Defendants MacEwen and Guglielmin attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

17.     Ballard's Annual Information Form attached as Exhibit 99.1 to the 2016 40-F discussed the Company's operations with its China-based partners, Zhongshan Broad-Ocean Motor Co., Ltd. ("Broad-Ocean") and Guangdong Synergy Ballard Hydrogen Power Co., Ltd. ("Synergy"), stating in pertinent part:

**_Strategic Collaboration and Equity Investment Deal With Broad-Ocean Motor_**

On July 26, 2016, Zhongshan Broad-Ocean Motor Co., Ltd. ("**Broad-Ocean**") and Ballard entered into a strategic collaboration that included a $28.3 million equity investment in Ballard.

On August 18, 2016, the investment by Broad-Ocean was completed through a subscription and purchase of 17,250,000 common shares of Ballard issued from treasury at a price per share based on a 20-day volume weighted average price calculation (the calculated price per share was $1.64), and representing approximately 9.9% of Ballard's then-outstanding common shares.

Broad-Ocean and Ballard also entered into an Investor Rights Agreement under which Broad-Ocean has agreed to a two-year hold period on the common shares purchased; provided Ballard with a right of first refusal to sell Broad-Ocean additional treasury shares if Broad-Ocean wishes to increase its ownership position up to 20%; and has agreed to a two-year "standstill" under which it will not purchase more than 19.9% of Ballard's outstanding common shares without receiving Ballard board approval. Ballard has granted Broad-Ocean anti-dilution rights to maintain its 9.9% ownership interest. Finally, Broad-Ocean has no special right to appoint nominees to Ballard's board of directors.

Class Action Complaint for Violation of the Federal Securities Laws

The strategic collaboration framework agreement between Ballard, Broad-Ocean and Guangdong Nation-Synergy Hydrogen Power Technology Co. Ltd. ("**Nation-Synergy**") was signed on July 26, 2016, and encompassed a number of collaboration activities conducted on commercial terms in China, including:

- market development activities and product development for hydrogen fuel cell vehicles, including buses and commercial vehicles;

- potential license and local assembly of Ballard fuel cell modules by Broad-Ocean in selected Chinese cities;

- integration of Ballard fuel cell modules with Broad-Ocean EV drive systems to provide customers with turnkey fuel cell engines; and

- leveraging of Broad-Ocean's global operations and supply chain infrastructure to lower the cost of Ballard fuel cell engines and the cost of integration with vehicle drivetrains.

On February 16, 2017, we announced that we signed a definitive agreement relating to technology transfer, licensing and supply arrangements with Broad-Ocean for the assembly and sale of FCveloCity® 30-kilowatt (kW) and 85kW fuel cell engines in China. Under the deal, Broad-Ocean will manufacture fuel cell modules in three strategic regions in China, including Shanghai. Broad-Ocean will make payments to Ballard at closing and based on certain commissioning milestones, initial supply agreements, and recurring royalty payments. Ballard will also have the exclusive right to purchase fuel cell engines from any of the Broad-Ocean manufacturing operations for sale outside China.

The deal has an estimated value of approximately $25 million in revenue to Ballard over the initial 5-year term, including $12 million in Technology Solutions revenue. The transaction is subject to customary closing conditions and is expected to close by Q2 2017.

***Local Production of Fuel Cell Stacks in China***

Class Action Complaint for Violation of the Federal Securities Laws

On July 18, 2016, we signed definitive agreements in Foshan, China with Nation-Synergy for the establishment of an FCveloCity®-9SSL fuel cell stack production operation in the City of Yunfu, in Guangdong Province. The fuel cell stacks will be packaged into locally-assembled fuel cell engines and integrated into zero-emission buses and commercial vehicles in China.

Ballard will receive $18.4 million in Technology Solutions revenue for technology transfer services, production equipment specification and procurement services, training and commissioning support in relation to the establishment of an FCveloCity®-9SSL fuel cell stack production line in Yunfu, with most of this revenue expected to be recognized in 2017.

On commissioning of the operation, expected in 2017, Ballard will be the exclusive supplier of membrane electrode assemblies ("**MEA**") for each fuel cell stack manufactured by the joint venture, named Guangdong Synergy Ballard Hydrogen Power Co., Ltd. ("**Stack Joint Venture**"), with minimum annual MEA volume commitments on a "take or pay" basis totaling in excess of $150 million over the initial 5-year term from 2017 to 2021.

The transaction completed on October 25, 2016 and in connection with the completion the Stack Joint Venture was formed to undertake the stack manufacturing operations. The Stack Joint Venture is 90% owned by Nation-Synergy and 10% owned by Ballard Hong Kong Limited. Under the terms of the joint venture, Ballard will contribute RMB 6.7 million (approximately $1.0 million) for its 10% joint venture interest, appoint one of the three members of the joint venture board directors, have veto rights over certain key Stack Joint Venture decisions, agree on the marketing strategy, and will have no obligation to provide additional funding to the Stack Joint Venture.

After commissioning of the operation, the joint venture will have an exclusive right to manufacture and sell FCveloCity®-9SSL stacks in China. Exclusivity will be subject to certain performance criteria of the joint venture, including compliance with a code of ethics, compliance with Ballard's quality policies, compliance with Ballard's branding policies, achievement of the minimum annual "take or pay" MEA volumes, compliance with payment terms, and compliance with

Class Action Complaint for Violation of the Federal Securities Laws

certain intellectual property covenants. Ballard will have the exclusive right to purchase fuel cell stacks and subcomponents from the Stack Joint Venture for sale outside China.

18.     Likewise, Management's Discussion and Analysis attached as Exhibit 99.2 to the 2016 40-F also discussed the Company's operations with Broad-Ocean and Synergy, stating in pertinent part:

**RECENT DEVELOPMENTS**

On February 16, 2017, we announced that the signing of definitive agreements relating to technology transfer, licensing and supply arrangements with strategic partner Zhongshan Broad-Ocean Motor Co., Ltd. ("Broad-Ocean") for the assembly and sale of FCveloCity® 30-kilowatt (kW) and 85kW fuel cell engines in China. Under the deal, Broad-Ocean will manufacture fuel cell modules in three strategic regions in China, including Shanghai. The deal has an estimated value of approximately $25 million in revenue to Ballard over the initial 5-year term, including approximately $12 million in Technology Solutions revenue. In each of the three assembly operation locations, Broad-Ocean plans to engage with local governments as well as with bus and commercial vehicle OEMs for deployment of fuel cell buses and commercial vehicles incorporating Ballard-designed modules manufactured by Broad-Ocean. Broad-Ocean will make payments to Ballard at closing and based on certain commissioning milestones, initial supply agreements, and recurring royalty payments. Ballard will also have the exclusive right to purchase fuel cell engines from any of the Broad-Ocean manufacturing operations for sale outside China. Each fuel cell engine assembled by Broad-Ocean will use FCvelocity®-9SSL fuel cell stacks, initially manufactured by Ballard at its Vancouver HQ facility. Stack supply will be transferred to Guangdong Synergy Ballard Hydrogen Power Co., Ltd. ("Synergy JVCo"), the joint venture owned by Guangdong Nation Synergy Hydrogen Power Technology Co. Ltd. (a member of the "Synergy Group") and Ballard in the City of Yunfu in China's Guangdong Province, once Synergy JVCo becomes fully operational, expected in late-2017. From that time forward, Ballard will supply MEAs on an exclusive basis for stacks manufactured by Synergy JVCo. This transaction is subject to customary closing

Class Action Complaint for Violation of the Federal Securities Laws

conditions and is expected to close by Q2 2017. Founded in 1994, Broad-Ocean is headquartered in the City of Zhongshan in Guangdong Province and is listed on the Shenzhen Stock Exchange. Broad Ocean is a leading global manufacturer of motors that power small and specialized electric machinery for electric vehicles (EVs), including buses, commercial vehicles and passenger vehicles, and for heating, ventilation and air conditioning (HVAC). Broad-Ocean's EV Operations Platform operates a commercial vehicle leasing business in China through which it buys new energy vehicles, including EVs, and subsequently leases these buses and commercial vehicles. Broad-Ocean has now expanded this business to include fuel cell vehicles. On July 18, 2016 Broad-Ocean signed an agreement with partner companies relating to the purchase of up to 10,000 fuel cell vehicles, including buses and delivery trucks, all of which are expected to have Ballard's leading PEM fuel cell technology inside. On August 18, 2016 Broad-Ocean became Ballard's largest shareholder following an investment of $28.3 million in Ballard common shares, representing approximately 9.9% of Ballard's outstanding common shares following the transaction.

The Broad-Ocean investment, initially announced on July 26, 2016, was made through a subscription and purchase of 17.25 million Ballard common shares issued from treasury at a price per share of $1.64 (based on a 20-day volume weighted average price calculation). The investment represents approximately 9.9% of Ballard's outstanding common shares following the transaction. Ballard intends to use the proceeds from the financing for general corporate purposes, including funding of potential future acquisitions or investments in complementary businesses, products or technologies. Broad-Ocean and Ballard have also entered into an Investor Rights Agreement under which Broad-Ocean has agreed to a two-year hold period on the 17.25 million Ballard common shares that it has purchased in the financing; has provided Ballard with a right of first refusal to sell to Broad-Ocean additional treasury shares if Broad-Ocean wishes to increase its ownership position up to 20%; and has agreed to certain "standstill" provisions effective for a two-year period under which Broad-Ocean will not purchase more than 19.9% of Ballard's outstanding common shares without receiving Ballard board approval. Ballard granted Broad-Ocean certain anti-dilution rights to maintain

Class Action Complaint for Violation of the Federal Securities Laws

its 9.9% ownership interest. Finally, Broad-Ocean has no special right to appoint nominees to Ballard's board of directors.

19.     On September 6, 2017, Ballard issued a press release titled, "Ceremonial Opening of Ballard's China Stack Joint Venture Production Facility," announcing the opening of Synergy's production facility the City of Yunfu, in China's Guangdong Province, stating in pertinent part:

### Ceremonial Opening of Ballard's China Stack Joint Venture Production Facility

**Ballard Power Systems Inc.**
Sep 06, 2017, 01:15 ET

VANCOUVER, BC and YUNFU, China, Sept. 6, 2017 /PRNewswire/ - Ballard Power Systems (NASDAQ: BLDP; TSX: BLDP) announced that a ceremonial opening event was held today at the company's FCvelocity®-9SSL fuel cell stack joint venture operation in the City of Yunfu, in China's Guangdong Province. Ballard has a 10% interest in the joint venture – called Guangdong Synergy Ballard Hydrogen Power Co., Ltd. ("JVCo") – together with partner Guangdong Nation Synergy Hydrogen Power Technology Co. Ltd. ("Synergy"). The fuel cell stacks manufactured by JVCo are expected to be used primarily in fuel cell engines assembled in China to provide propulsion power for zero-emission fuel cell electric buses and commercial vehicles in China.

Today's event was attended by the Party Secretary of China's Guangdong Province, Mr. Hu Chunhua, Mayor of Yunfu, Mr. Wang Sheng, and Vice-Mayor of Foshan/Yunfu, Mr. Xu Guo, together with other Chinese government officials.

"This landmark opening of our stack joint venture operation represents a critical part of our localization strategy to profitably service the unprecedented level of market interest for Fuel Cell Electric Vehicles, or FCEVs, in Heavy Duty Motive applications in China – the largest market in the world," said Randy MacEwen,

Class Action Complaint for Violation of the Federal Securities Laws

Ballard's President and CEO, while attending the opening ceremony. "Our strategy is to enable Ballard's Chinese partners to rapidly achieve scale and significantly drive down product costs while also satisfying local content objectives for locally manufactured stacks and modules."

Mr. MacEwen continued, "With Ballard's brand strength, technology leadership and field experience, we believe the Company is uniquely positioned to address the fast-growing market for FCEVs in Heavy Duty Motive applications in China and around the globe."

David Whyte, Ballard Vice President – Operations added, "This impressive stack production operation already has over 90 employees and has begun producing qualified product. Work is also underway to achieve certification to ISO9001:2015 and IATF16949:2016 quality standards."

The JVCo operation is currently ramping to an annualized production capacity of 6,000 fuel cell stacks by late 2017 and is designed to achieve an annualized production capacity of 20,000 fuel cell stacks, based on 3 shifts running 5-days per week. The operation has implemented certain advanced automation techniques.

The joint venture transaction, which closed in October 2016, has a contemplated minimum value to Ballard of $170 million over 5-years, comprised of:

- $20 million in Technology Solutions revenue for technology transfer services, production equipment specification and procurement services, training and commissioning support in relation to the establishment of a production facility for the manufacture and assembly of FCvelocity®-9SSL fuel cell stacks, with most of this revenue expected to be recognized in 2017; *and*
- Ballard's exclusive supply of membrane electrode assemblies (MEAs), a key component of every fuel cell, for each fuel cell stack manufactured by the joint venture, with minimum annual

Class Action Complaint for Violation of the Federal Securities Laws

MEA volume commitments on a "take or pay" value of at least $150 million over the initial 5-year term from 2017 to 2021.

Mr. Whyte continued, "Our business model in China is risk adjusted, capital light and IP protected, while offering near-, mid- and long-term cash flow streams at various points in the value chain. Our $150 million long-term MEA supply contract provides forward visibility on baseload MEA production volumes. We also expect Ballard to realize value at the stack level from our participation in JVCo. Finally, at the module level, we expect to receive technology transfer fees as well as recurring royalty payments from modules assembled by local partners, while driving demand for stacks from the JVCo production line."

JVCo has an exclusive right to manufacture and sell FCvelocity®-9SSL stacks in China. Exclusivity is subject to certain performance criteria of the joint venture, including compliance with: a code of ethics; Ballard's quality policies and branding practices; payment terms; and certain intellectual property covenants; as well as achievement of the minimum annual "take or pay" MEA volumes. Ballard will have the exclusive right to purchase FCvelocity®-9SSL fuel cell stacks and sub-components from JVCo for sale outside China.

Mr. Whyte concluded, "JVCo will also provide Ballard access to additional stack production capacity to help us cost effectively meet growing global demand while mitigating the need for future capital spend on in-house capacity."

Ballard contributed approximately $1.0 million for its 10% interest in JVCo. It has no further obligation to provide future funding to JVCo. Ballard's CEO serves as one of the three members of the JVCo board of directors. Ballard has veto rights over certain key JVCo decisions, including the appointment of certain key management, appointment of auditors, and JVCo's pricing and branding policies.

Class Action Complaint for Violation of the Federal Securities Laws

20.     The statements referenced in ¶¶15-19 above were materially false and/or misleading because they misrepresented and failed to disclose the following adverse facts pertaining to the Company's business, operational and financial results, which were known to Defendants or recklessly disregarded by them. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (1) Ballard overstated the operations of its China-based partners Broad Ocean and Synergy; (2) there are no demonstration lines operating in Guangdong and no bus lines are in service in Sanshui or Yunfu; (3) Foshan has produced far fewer buses than Ballard has indicated, and only 11 are licensed; and (4) as a result, Defendants' public statements were materially false and misleading at all relevant times.

**The Truth Emerges**

21.     On January 25, 2018, *Spruce Point Capital Management* ("Spruce Point") published a report stating, among other things, that Ballard overstated the operations of its China-based partners Broad Ocean and Synergy. The report stated that, contrary to Ballard's public statements, "there are no demonstration lines operating in Guangdong and that no bus lines are in service in Sanshui or Yunfu." The report further stated that "Ballard and local press releases indicate that [Broad Ocean customer] Foshan has produced 114 FCV buses...[but] a Foshan employee claimed that far fewer buses have been produced to date and only 11 are licensed."

22.     Spruce Point's report was based on an on ground investigation in China, as it engaged a China based research firm to perform key site visits and conduct deep diligence of Synergy and Broad Ocean:

Class Action Complaint for Violation of the Federal Securities Laws

23.    The Spruce Point report also outlined the key findings from its investigative research in China, stating in pertinent part:

- 16 -



*Key Findings From Investigative Research in China*



SPRUCE POINT
CAPITAL MANAGEMENT

*Key Takeaways from Investigators Visit to Foshan, Guandong*

Our investigators visited the Nanhai District of Foshan, Guangdong where the national level hydrogen fuel vehicle development zone is located.  To date most of the development appears to be in the planning stage and only a single refueling station exists.



- **Four hydrogen energy research institutes have been announced, but none are operational**
  - Investigators drove past one building that is meant to house a research institute that looked abandoned and we were told it was being "renovated"
  - The local government official did not know when they would start

- **JAC, the tenth largest auto manufacturer, will launch a production facility for passenger cars in 2020**
  - The location currently consists of an empty field with no infrastructure

- **Tyros has produced four FC buses, built by JAC, but none have license plates**

- **Ruihui, a domestically listed public company focused on LNG, built a refueling station operated by Nanhai government.  They do not know of any plans to build additional stations**

40

- 17 -

Class Action Complaint for Violation of the Federal Securities Laws

**SPRUCE POINT** CAPITAL MANAGEMENT — *Key Takeaways From Investigators Visit To Yunfu Technology Park Visit*

🚩 **Investigators saw a total of 5 demonstration buses in the park and only two had license plates**
- Three were 11-meter hydrogen fuel cell buses that were in the original 28 buses produced. The fuel cell motors they used were produced by Ballard
- Two were 8.5-meter buses that use the Synergy Ballard fuel cell stacks and Shanghai Re-Fire integrated modules. None had a number plate.

🚩 **Industry insiders make reference that Synergy Ballard JV may have less annual stack capacity than publicly stated**
- The development zone plans to produce 1,000 buses and 1,000 logistics trucks next year
- Industry insiders stated that they believe the Synergy Ballard joint venture is only able to produce a few hundred fuel cell stacks per year

🚩 **Our Investigators were shown the Synergy JV display room and informed backup power machines have had poor sales**
- A Ballard fuel cell engine with 6 fuel cell stacks and a Shanghai Re-Fire fuel cell engine with 2 fuel cell stacks were displayed
- The Shanghai Re-Fire fuel cell motor is much smaller and used to power the 8.5-meter buses
- The Ballard fuel cell motor powers the 11-meter bus
- Investigators were shown one of the Ballard power back-up machines and told the back-up machines are four times the cost of comparable back-up machine and sales have been poor

🚩 **A government official clearly stated if there were a cheaper domestic MEA (fuel cell membranes) then they would prefer to use that over Ballard's MEA. He pointed out the domestic MEA produced by Sunrise Power does not currently perform as well as Ballard**

42

**SPRUCE POINT** CAPITAL MANAGEMENT — *Key Takeaways from Investigators Visit to Yunfu Technology Park Visit*

🚩 **An Employee of Foshan Feichi claims that less than 50 fuel cell buses have likely been produced to date**
- Investigators were taken on a tour of the Foshan Feichi bus manufacturing facility, that was relocated from Foshan in 2015, and now produces hydrogen fuel cell buses
- The factory was only producing pure electric buses for Foton when visited
- Investigators were told on the tour that Feichi had produced 114 fuel cell buses but they were "offsite being painted"
- An employee of the bus company later stated that he believed they had produced less than 50 fuel cell buses to date, of which 11 have license plates
- We believe 28 of those buses were the 11-metre buses

🚩 **There is currently a single refueling station with an idle mobile hydrogen production unit**
- Investigators visited the refueling station and were told the equipment was imported and the total cost of the refueling station was RMB 10 million
- A mobile hydrogen production unit was sitting idle at the refueling station. It was unable to be put into operation as regulations require that it have the infrastructure and operation procedures of a chemical plant
- The cost of hydrogen at this facility was RMB35/kg and 75 – 80% of that cost was transport
- Investigators were told that the local government is building 5 refueling stations in Yunfu and has planned a further 20

🚩 **We believe that a new production facility for hydrogen FCV delivery vehicles, likely operated by Dongfeng, will be announced shortly**
- Spruce Point believes Dongfeng is still evaluating if it will produce FCV at an existing facility, in Yunfu or in another region
- Investigators were told the cost to produce a FC logistics truck is RMB 1 million. The local and central subsidy amounts to RMB 1 million there will be no cost. The local subsidy is paid to the producer and would be RMB700,000/truck. The central subsidy is paid to the purchaser after the vehicle has traveled 30,000 km

43

- 18 -

Class Action Complaint for Violation of the Federal Securities Laws

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SPRUCE POINT CAPITAL MANAGEMENT

### Key Takeaways from Investigators Visit to Yunfu Technology Park Visit

🚩 Despite public claims that the Yunfu HFCV bus line is operational, our investigator's experience indicates otherwise

- Investigators saw a bus that had local route signage displayed on the front, however, it had no license plate and remained motor operating outside the office for the duration of our investigators 2 hour site (below left image). This sort of showcase display was common during our work with Chinese reverse merger frauds



Foshan Feichi FCV bus with the Yunfu bus route on display above the driver but no number plate. It remained, engine running, in the same location for the duration of investigators 2 hour visit. Source: J Capital



One of the two 8.5 meter buses we saw in Yunfu, neither had a license plate. Source: J Capital

44

## SPRUCE POINT CAPITAL MANAGEMENT

### Overview of Chinese Fuel Cell Vehicle Manufacturers – Foshan Feichi

Ballard's press releases and the local government officials would have you believe they have produced 300 FCV buses.  The reality is that they have likely produced less than 50 buses to date and only 11 of those are licensed and on the road.

**Foshan Feichi:**

🚩
- Our investigators visited the Feichi factory and all the vehicles being produced at the time of visit were pure electric buses
- Most were being produced under license from Foton for delivery to Foton customers in South China.  The outside of the buses had Kunming Transport Company painted on them



Feichi factory floor, assembling electric busses for Foton, no fuel cell vehicles in production. Source: J Capital November 2017

45

Class Action Complaint for Violation of the Federal Securities Laws

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18







19   25.   On this news, shares of Ballard fell $0.52 per share from its previous

20 closing price to close at $3.27 per share on January 25, 2018, damaging investors.

21   26.   As a result of Defendants' wrongful acts and omissions, and the

22 precipitous decline in the market value of the Company's securities, Plaintiff and

23 other Class members have suffered significant losses and damages.

24   **PLAINTIFF'S CLASS ACTION ALLEGATIONS**

25   27.   Plaintiff brings this action as a class action pursuant to Federal Rule of

26 Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who

27 purchased or otherwise acquired the publicly traded securities of Ballard during the

28 Class Period (the "Class"); and were damaged upon the revelation of the alleged

Class Action Complaint for Violation of the Federal Securities Laws

corrective disclosures. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

28.     The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Ballard securities were actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by the Company or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

29.     Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

30.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

31.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by Defendants' acts as alleged herein;
- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the financial condition, business, operations, and management of the Company;

- whether Defendants' public statements to the investing public during the Class Period omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;
- whether the Individual Defendants caused the Company to issue false and misleading SEC filings and public statements during the Class Period;
- whether Defendants acted knowingly or recklessly in issuing false and misleading SEC filings and public statements during the Class Period;
- whether the prices of Ballard securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and
- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

32. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

33. Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public misrepresentations or failed to disclose material facts during the Class Period;
- the omissions and misrepresentations were material;
- Ballard securities are traded in efficient markets;
- the Company's securities were liquid and traded with moderate to heavy volume during the Class Period;
- the Company traded on the NASDAQ, and was covered by multiple analysts;

Class Action Complaint for Violation of the Federal Securities Laws

- the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

- Plaintiff and members of the Class purchased and/or sold Ballard securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

34.   Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

35.   Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

## COUNT I

**Violation of Section 10(b) of The Exchange Act and Rule 10b-5**
**Against All Defendants**

36.   Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

37.   This Count is asserted against the Company and the Individual Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

38.   During the Class Period, the Company and the Individual Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

Class Action Complaint for Violation of the Federal Securities Laws

39.   The Company and the Individual Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

- employed devices, schemes and artifices to defraud;

- made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

- engaged in acts, practices and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of Ballard securities during the Class Period.

40.   The Company and the Individual Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated, or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the securities laws. These defendants by virtue of their receipt of information reflecting the true facts of the Company, their control over, and/or receipt and/or modification of the Company's allegedly materially misleading statements, and/or their associations with the Company which made them privy to confidential proprietary information concerning the Company, participated in the fraudulent scheme alleged herein.

41.   Individual Defendants, who are the senior officers and/or directors of the Company, had actual knowledge of the material omissions and/or the falsity of the material statements set forth above, and intended to deceive Plaintiff and the other members of the Class, or, in the alternative, acted with reckless disregard for the truth when they failed to ascertain and disclose the true facts in the statements made by them or other personnel of the Company to members of the investing public, including Plaintiff and the Class.

Class Action Complaint for Violation of the Federal Securities Laws

42.     As a result of the foregoing, the market price of Ballard securities was artificially inflated during the Class Period. In ignorance of the falsity of the Company's and the Individual Defendants' statements, Plaintiff and the other members of the Class relied on the statements described above and/or the integrity of the market price of Ballard securities during the Class Period in purchasing Ballard securities at prices that were artificially inflated as a result of the Company's and the Individual Defendants' false and misleading statements.

43.     Had Plaintiff and the other members of the Class been aware that the market price of Ballard securities had been artificially and falsely inflated by the Company's and the Individual Defendants' misleading statements and by the material adverse information which the Company's and the Individual Defendants did not disclose, they would not have purchased Ballard securities at the artificially inflated prices that they did, or at all.

44.     As a result of the wrongful conduct alleged herein, Plaintiff and other members of the Class have suffered damages in an amount to be established at trial.

45.     By reason of the foregoing, the Company and the Individual Defendants have violated Section 10(b) of the 1934 Act and Rule 10b-5 promulgated thereunder and are liable to the Plaintiff and the other members of the Class for substantial damages which they suffered in connection with their purchases of Ballard securities during the Class Period.

## COUNT II

### Violation of Section 20(a) of The Exchange Act
### Against The Individual Defendants

46.     Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

47.     During the Class Period, the Individual Defendants participated in the operation and management of the Company, and conducted and participated, directly

Class Action Complaint for Violation of the Federal Securities Laws

and indirectly, in the conduct of the Company's business affairs. Because of their senior positions, they knew the adverse non-public information regarding the Company's business practices.

48.     As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to the Company's financial condition and results of operations, and to correct promptly any public statements issued by the Company which had become materially false or misleading.

49.     Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which the Company disseminated in the marketplace during the Class Period. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause the Company to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of the Company within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Ballard securities.

50.     Each of the Individual Defendants, therefore, acted as a controlling person of the Company. By reason of their senior management positions and/or being directors of the Company, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, the Company to engage in the unlawful acts and conduct complained of herein. Each of the Individual Defendants exercised control over the general operations of the Company and possessed the power to control the specific activities which comprise the primary violations about which Plaintiff and the other members of the Class complain.

51.     By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by the Company.

Class Action Complaint for Violation of the Federal Securities Laws

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

A.    Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representative;

B.    Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the acts and transactions alleged herein;

C.    Awarding Plaintiff and the other members of the Class prejudgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D.    Awarding such other and further relief as this Court may deem just and proper.

# DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated: January 27, 2018                Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

Class Action Complaint for Violation of the Federal Securities Laws