Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BISHOP, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BALLARD POWER SYSTEMS INC., RANDY MACEWEN, and ANTHONY ROBERT GUGLIELMIN,<br><br>    Defendants. | No. 2:18-cv-00719-PA-JC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Percy Anderson<br>CTRM: 9A-9th Floor (1st Street Courthouse) |

1

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)
– 2:18-cv-00719-PA-JC

PLEASE TAKE NOTICE that Plaintiff Ryan Bishop files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary judgment. A class has not been certified. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.

Furthermore, Movant Kanti Patel, Movants Qiling Chen and Thomas Weisz (as a group), and Movant Robert MacArthur each filed motions in this Court seeking appointment as Lead Plaintiff. (Dkt. Nos. 9, 13, 17). Movant Kanti Patel, and Movants Qiling Chen and Thomas Weisz withdrew their respective motions. (Dkt. Nos. 26-27). The only remaining Movant in this action, Robert MacArthur, was appointed as Lead Plaintiff on April 3, 2018 in a substantially similar action pending against the same Defendants in the United States District Court for the Southern District of New York styled as *Porwal v. Ballard Power Systems Inc. et al,* Docket No. 1:18-cv-01137 (S.D.N.Y. Feb. 8, 2018), asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, arising from the same conduct as the instant action. This dismissal is without prejudice. Each party is to bear their own costs and fees.

Dated: April 12, 2018                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence Rosen, Esq.
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On April 12, 2018, I electronically filed the following **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 12, 2018.

/s/ Laurence Rosen
Laurence M. Rosen